```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 01668
   KEITH TURNER
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-1051

-----------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      The case was filed on 02/23/2006 and was confirmed 04/12/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  15.00%.

      The case was dismissed after confirmation 10/29/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
-----------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00             .00             .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE     15859.45            .00         5458.37
ILLINOIS DEPARTMENT OF E  UNSECURED           959.75            .00             .00
PREMIER BANCARD CHARTER   UNSECURED           414.83            .00             .00
MAX RECOVERY              UNSECURED          3437.77            .00           18.97
NATIONWIDE CASSEL         UNSECURED         NOT FILED           .00             .00
CAPITAL ONE               UNSECURED           942.94            .00             .00
ASSET ACCEPTANCE CORP     UNSECURED           996.08            .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED           725.29            .00             .00
MARTIN J OHEARN           DEBTOR ATTY       2,000.00                        2,000.00
TOM VAUGHN                TRUSTEE                                             503.66
DEBTOR REFUND             REFUND                                              359.00

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE               8,340.00

PRIORITY                                         .00
SECURED                                     5,458.37
UNSECURED                                      18.97
ADMINISTRATIVE                              2,000.00
TRUSTEE COMPENSATION                          503.66
DEBTOR REFUND                                 359.00
                     -------------        -------------
TOTALS                8,340.00              8,340.00
```

          PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 06 B 01668 KEITH TURNER

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/26/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```